# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: 1:18-cr-00173-KD-N-2 |
| | ) | |
| MICHELLE DESIRE NICHOLAS | ) | |
|     Defendant | ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 43) and without any objection having been filed by the parties, Defendant **MICHELLE DESIRE NICHOLAS'** plea of guilty to Count One of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **Friday, November 30, 2018** at **2:30 p.m.,** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602 under separate order.

    **DONE** the 31st day of August 2018.

                                       /s/ Kristi K. DuBose
                                       **KRISTI K. DuBOSE**
                                       **CHIEF UNITED STATES DISTRICT JUDGE**